IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ARTHUR R. MCGEE                                                                                       PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:21-cv-00200-HTW-LGI

GEICO GENERAL INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY AND JOHN AND JANE DOES 1,
2, 3, 4, AND 5                                                                                      DEFENDANTS

**AGREED PARTIAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE having come on for consideration on the motion *ore tenus* of the plaintiff Arthur McGee to dismiss his claims of bad faith insurance adjustment, extra contractual damages and punitive damages alleged against GEICO General Insurance Company without prejudice, and this Court, having considered the same and being fully advised in the premises, and it noting the agreement of those two parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that plaintiff Arthur McGee's claims of bad faith insurance adjustment, extra contractual damages and punitive damages alleged against GEICO General Insurance Company are dismissed without prejudice with each party to bear their respective costs and attorney fees. This order does not affect the remaining claims in this matter.

SO ORDERED AND ADJUDGED, this the 23rd day of November, 2021.

                                            BY:   /s/HENRY T. WINGATE
                                                    UNITED STATES DISTRICT JUDGE

{D1785306.1}

AGREED AND APPROVED:

__/s/Bruce Burton_____
BRUCE BURTON, ESQ. – MS BAR NO. 99966
    *Attorney for Plaintiff Arthur McGee*

__/s/Christy V. Malatesta_____
CHRISTY V. MALATESTA, ESQ. -  MS BAR NO. 103270
    *Attorney for Defendant GEICO General*
    *Insurance Company*